■ TARA T. SREEDHARAN et al., Appellants-Respondents, v BRONX WESTCHESTER RADIOLOGY, P. C., et al., Respondents-Appellants. [675 NYS2d 534] —Order, Supreme Court, Bronx County (Lottie Wilkins, J.), entered January 4, 1996, which granted defendants' motion pursuant to CPLR 4404 to the extent of setting aside a jury verdict in plaintiffs' favor and directing a new trial, unanimously affirmed, without costs.

Under the circumstances of this case, the court acted appropriately in directing a new trial (*see, e.g., Ayres v Hertz Corp.*, 83 AD2d 952). Despite efforts by the trial court to allow the jury to "alter its original statement so as to conform to its real intention" (*Bernard v Seyopp Corp.*, 11 AD2d 140, 141, *affd* 9 NY2d 676, as quoted by *Ryan v Orange County Fair Speedway*, 227 AD2d 609, 611), the jury never made its inten-

tions plain on the record (*cf.*, *Mayer v Goldberg*, 241 AD2d 309). The court, then, fearing that repeated resubmission of the proximate cause issue had irremediably confused the jury, and not out of simple disagreement with the verdict (*see*, *e.g.*, *Mazariegos v New York City Tr. Auth.*, 230 AD2d 608, 609-610), properly set the jury's verdict aside. Inasmuch as we are affirming the order, we do not reach defendants' alternative arguments for a new trial. Concur—Sullivan, J. P., Milonas, Rubin, Williams and Andrias, JJ.